

United States District Court
Southern District of Texas
Corpus Christi Division

**Vera Dixon**

vs.

**Chase Visa**

No. 00-94
[Jury Requested]

# CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

To the Honorable Court:

Vera Dixon ("Dixon") respectfully files Certificate of Financially Interested Parties.

### Plaintiff

1. Vera Dixon

   [Plaintiff]

2. David Sibley

   [Plaintiff's Attorney]

### Class

1. Persons who asserted billing errors against Chase in writing,

2. Provided in the written dispute the information required by 15 U.S.C. §1666,

3. Never voluntarily withdrew their dispute, and

4. Never received the required correction or explanation / documentation.

5. Also, who's disputed charge was unpaid, at any time within the last year,

6. and Chase sought to collect the disputed charge, at any time within the last year.

### Defendant

1. Chase Visa

   [Defendant]

   [Plaintiff does not know whether Chase Visa is publically traded]

1

**Respectfully Submitted,**

*/s/ David A. Sibley*

**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **DIXON**

## CERTIFICATE OF SERVICE

On Wednesday, March 1, 2000, I served this as follows:

**VIA REGULAR FIRST CLASS MAIL**
Chase Visa, President
P.O. Box 15919
Wilmington, Delaware 19885-5919

*/s/ David A. Sibley*

David A. Sibley

2