AO 440 (Rev. 10/93) Summons in a Civil Act

# United States District Court

**Southern** DISTRICT OF **Texas**
**Corpus Christi Division**

Vera Dixon

v.

Chase Visa

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **C-00-094**

TO: (Name and address of defendant)

Chase Visa, through its president, at P.O. Box 15919, Wilmington, Delaware 19885-5919.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**David A. Sibley**
**Attorney At Law**
**P.O. Box 9610**
**Corpus Christi, TX 78469-9610**

(361) 882-2377

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

CLERK

(BY) DEPUTY CLERK

March 1, 2000

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 3/10/00 |
| NAME OF SERVER (PRINT) David A. Sibley | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, Return Receipt Requested Z 325 094 031 Green Card Attached

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/10/00
        Date

Signature of Server  David Sibley

David A. Sibley
Attorney At Law
P.O. Box 9610
Corpus Christi, TX 78469-9610

United States District Court
Southern District of Texas
FILED
MAR 13 2000
MICHAEL N. MILBY CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER:**
- ☐ Complete items 1 and/or 2 for additional services.
  Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write "Return Receipt Requested" on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
President
Chase Visa
P.O. Box 15919
Wilmington, DE 19885-5919

4a. Article Number
Z 325 094 031

4b. Service Type
- ☐ Registered     ☒ Certified
- ☐ Express Mail   ☐ Insured
- ☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
MAR 07

5. Received By: (Print Name)
D.J. LEHANE

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)
D.J. Lehane

PS Form **3811**, December 1994    102595-99-B-0223    Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.