IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 06 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| VERA DIXON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CAUSE NO. C-00-094 |
| | § | |
| CHASE VISA, | § | |
| | § | |
| Defendant. | § | |

### MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE JANIS GRAHAM JACK, JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, THE CHASE MANHATTAN BANK USA, N.A. and files this Motion to Extend Time to Answer or Otherwise Plead, and in support therefore would respectfully show the Court the following:

1. The Chase Manhattan Bank USA, N.A. ("Chase") is a national banking association with its principal place of business in the State of Delaware. On or about March 31, 2000, a copy of a Summons in a Civil Case and a Complaint in the above-styled and numbered cause came to the attention of the Assistant General Counsel of Chase. The summons reflected that it was directed to "Chase VISA, through its president, at P.O. Box 15919, Wilmington, Delaware 19885-5818." "Chase VISA" does not exist, and Chase believes Plaintiff intended to sue Chase. The undersigned counsel has been advised by the Deputy Clerk of the United States District Court that the Court's file reflects that Plaintiff purported to serve "Chase VISA" by certified mail, return receipt requested, and that a certified mail receipt was executed on or about March 7,

**MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** - Page 1

5.

2000. The Court's file further reflects that default has not been entered against the purported defendant "Chase VISA."

2. Plaintiff's purported method of service is insufficient under Rule 4 of the Federal Rules of Civil Procedure. Plaintiff's counsel initially agreed on April 4, 2000, to grant Chase an extension of time to answer or plead in response to Plaintiff's Complaint to April 24, 2000. By letter telecopied on April 5, 2000, counsel for Plaintiff rescinded his earlier agreement and conditioned any extension of time upon Chase's waiver of defective service. A true and correct copy of this letter is attached herein as Exhibit "A."

3. Counsel for Chase has attempted to contact Plaintiff's counsel to clarify whether any agreement can be reached; however, Plaintiff's counsel has not responded to any of three voicemail messages left for him. Accordingly, Chase cannot be assured the Plaintiff will not attempt to enter a default, despite the insufficiency of service.

4. Chase prays for an Order of this Court fixing a time within which it may answer or otherwise plead in response to Plaintiff's Complaint in the above-styled and numbered cause. Chase files this Motion not for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, The Chase Manhattan Bank USA, N.A. preys for an Order of this Court fixing a date by which it must answer or otherwise plead in response to the Complaint filed in the above-styled and numbered cause, and that it be awarded such other and further relief as the Court deems equitable.

**MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD - Page 2**

                Respectfully submitted,

*[signature: Thomas A. Connop]*

Thomas A. Connop
Attorney-in-Charge
State Bar No. 04702500
  Southern District ID #11449
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone:   (214) 740-8000
Facsimile:    (214) 740-8818

ATTORNEYS FOR THE CHASE
MANHATTAN BANK USA, N.A.

**MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** - Page 3

## CERTIFICATE OF CONFERENCE

The undersigned certified that, on April 4, 2000, he conferred with counsel for Plaintiff who agreed to the relief requested herein. Counsel for Plaintiff rescinded this agreement on April 5, 2000, and has not returned telephone calls placed to him. Therefore, this motion is presented to the Court.

_____
Thomas A. Connop

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via telecopy and first-class United States mail, postage pre-paid on the __5th__ day of April, 2000 upon counsel for Vera Dixon, David A. Sibley, Esq., Attorney-at-Law, P. O. Box 9610, Corpus Christi, Texas 78469-9610.

_____
Thomas A. Connop

**MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** - Page 4

99998:00141:DALLAS:724217.1

Case 2:00-cv-00094  Document 5  Filed in TXSD on 04/06/2000  Page 5 of 6

Received:    4/ 5/00   8:38;           361 692 0142 -> LOCKE LIDDELL & SAPP;   Page 1
Sent By: Attorney At Law;          361 692 0142;        A  5-00  8:42;       Page 1/2

# David A. Sibley
## Attorney At Law

Wednesday, April 5, 2000

<u>**VIA TELECOPY NO. (214) 740-8800**</u>
**Mr. Thomas A. Connop**
**Locke Liddell & Sapp L.L.P.**

Re:   Vera Dixon v. Chase Visa, No. 00-94, United States District Court, Southern District of Texas, Corpus Christi Division

Dear **Mr. Thomas A. Connop**:

   I don't really agree with your version of the agreement. I did agree to give you 20 days to answer, but the assumption was that you would answer. Your suggestion now that you will wait 20 days and not answer I believe is not consistent with the agreement. My agreement is conditioned on you answering. This not necessary mean you have to "answer." You can file your standard motions instead of "answering." However, you cannot deny you were properly served. Rule 4 permits any method of service permitted under Texas Rules, and the Texas Rules permit service by certified mail. Rule 4 permits me to do the service. I think service was proper. However, my agreement to grant you an extension is conditioned on you not contesting service.

   Respectfully,

   *David Sibley*

---

P.O. Box 9610, Corpus Christi, Texas 78469-9610
Telephone: (361) 882-2377; Telecopier (361) 692-0142
davidsibley@earthlink.net
1

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VERA DIXON, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CAUSE NO. C-00-094 |
| CHASE VISA, | § § § | |
| Defendant. | § | |

## ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD

The above matter came on for consideration before the undersigned Judge of United States District Court on the Motion to Extend Time to Answer or Otherwise Plead filed by The Chase Manhattan Bank USA, N.A. The Court finds that good cause exists to grant the relief requested therein. Now, therefore, it is hereby ORDERED, ADJUUDGED, AND DECREED:

The time within which The Chase Manhattan Bank USA, N.A. (incorrectly named as "Chase Visa") may answer or otherwise plead in response to the allegations of Plaintiff's Complaint in the above styled and numbered cause is hereby extended to _____, 2000.

Dated:_____

_____
Judge, United States District Court

ORDER EXTENDING TIME TO
ANSWER OR OTHERWISE PLEAD—Page solo
17534:69678:DALLAS:725015.1