United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

APR 10 2000

Michael N. Milby, Clerk

Vera Dixon

vs.

Chase Visa

No. 00-94
[Jury Requested]

## Notice of Settlement

To the Honorable Court:

All parties respectfully give notice of settlement and request cancellation of the initial pretrial conference. Final settlement papers should be filed promptly.

Respectfully Submitted,

**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **DIXON**

## Certificate of Consultation

On Monday, April 10, 2000, I consulted with Thomas A. Connop. He agreed to this notice on behalf of Chase Visa.

David A. Sibley

1

# CERTIFICATE OF SERVICE

On April 10, 2000, I served this as follows:

**VIA TELECOPY NO. (214) 740-8800**
Mr. Thomas A. Connop
Locke Liddell & Sapp L.L.P.

_____
David A. Sibley

2

ClibPDF - www.fastio.com