UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 08 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| VERA DIXON | § § | |
| VS. | § § § | NO. 00-094<br>(Jury Requested) |
| CHASE VISA | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Vera Dixon ("Dixon") and Defendant Chase Manhattan Bank USA, N.A., incorrectly named herein as "Chase Visa," ("Chase") file this Agreed Motion to Dismiss with Prejudice.

Dixon and Chase have settled their claims, and as a condition of the settlement, they have agreed that all claims that Dixon has or could have asserted in this lawsuit against Chase are to be dismissed with prejudice. Dixon and Chase are filing simultaneously with this Motion an Agreed Order of Dismissal with Prejudice.

WHEREFORE Plaintiff Vera Dixon and Defendant Chase Manhattan Bank USA, N.A. pray that the Court enter the Agreed Order of Dismissal with Prejudice.

AGREED MOTION TO DISMISS WITH PREJUDICE - Page 1

**AGREED:**

*[signature: Thomas A. Connop]*

Thomas A. Connop
  State Bar No. 04702500
Attorney-in-Charge
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

ATTORNEYS FOR DEFENDANT
CHASE MANHATTAN BANK USA, N.A.

*[signature: David A. Sibley]*

David A. Sibley
Attorney at Law
  State Bar No. 18337600
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 (Telephone)
(361) 692-0142 (Facsimile)

ATTORNEY-IN-CHARGE FOR PLAINTIFF
VERA DIXON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VERA DIXON | § § | |
| VS. | § § § | NO. 00-094<br>(Jury Requested) |
| CHASE VISA | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, came on before the Court the Agreed Motion to Dismiss with Prejudice, and the Court being of the opinion that the motion should be GRANTED, it is therefore

ORDERED that all claims by Plaintiff Vera Dixon that have or could have been asserted against Defendant Chase Manhattan Bank USA, N.A., incorrectly named herein as "Chase Visa," are hereby dismissed with prejudice.

It is further ORDERED that each party is to bear her or its own Court costs.

SIGNED this _____ day of _____, 2000.

UNITED STATES DISTRICT JUDGE

_____

AGREED ORDER OF DISMISSAL WITH PREJUDICE - Page 1

**AGREED:**

*[signature: Thomas A. Connop]*

Thomas A. Connop
　State Bar No. 04702500
Attorney-in-Charge
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

ATTORNEYS FOR DEFENDANT
CHASE MANHATTAN BANK USA, N.A.

*[signature: David A. Sibley]*

David A. Sibley
Attorney at Law
　State Bar No. 18337600
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 (Telephone)
(361) 692-0142 (Facsimile)

ATTORNEY-IN-CHARGE FOR PLAINTIFF
VERA DIXON

**AGREED MOTION TO DISMISS WITH PREJUDICE - Page 2**
17534:76461:DALLAS:728254.1