UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 11 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| VERA DIXON | § § | |
| VS. | § § | NO. 00-094 (Jury Requested) |
| CHASE VISA | § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

On this day, came on before the Court the Agreed Motion to Dismiss with Prejudice, and the Court being of the opinion that the motion should be GRANTED, it is therefore

ORDERED that all claims by Plaintiff Vera Dixon that have or could have been asserted against Defendant Chase Manhattan Bank USA, N.A., incorrectly named herein as "Chase Visa," are hereby dismissed with prejudice.

It is further ORDERED that each party is to bear her or its own Court costs.

SIGNED this ___10th___ day of ___May___, 2000.

UNITED STATES DISTRICT JUDGE

AGREED ORDER OF DISMISSAL WITH PREJUDICE - Page 1

AGREED:

_____
Thomas A. Connop
State Bar No. 04702500
Attorney-in-Charge
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopier)

ATTORNEYS FOR DEFENDANT
CHASE MANHATTAN BANK USA, N.A.

_____
David A. Sibley
Attorney at Law
State Bar No. 18337600
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 (telephone)
(361) 692-0142 (facsimile)

ATTORNEY-IN-CHARGE FOR PLAINTIFF
VERA DIXON

**AGREED ORDER OF DISMISSAL WITH PREJUDICE - Page 2**
17534:76461:DALLAS:727301.1